**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Allan's Coffee & Tea, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FDBA  Allan's Cafe** <br> **DBA  Allan's Coffee** <br> **DBA  Allan's Coffee & Tea** <br> **FDBA  Allann Bros Coffee** <br> **FDBA  Allann Bros Coffee Co.** <br> **FDBA  Allann Bros Coffee Co Inc.** <br> **FDBA  Allann Brothers** <br> **DBA  Cloud Cap** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1704496** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1852 Fescue St SE** <br> **Albany, OR 97322** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Linn** <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Allan's Coffee & Tea, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Allan's Coffee & Tea, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**       *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Allan's Coffee & Tea, Inc.**                                    Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Allan's Coffee & Tea, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  3, 2024**
MM / DD / YYYY

**X** **/s/ Robert Morgan**                              **Robert Morgan**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Loren S. Scott**          Date **December  3, 2024**
Signature of attorney for debtor          MM / DD / YYYY

**Loren S. Scott 024502**
Printed name

**The Scott Law Group**
Firm name

**PO Box 70422**
**Springfield, OR 97475**
Number, Street, City, State & ZIP Code

Contact phone    **541-868-8005**          Email address

**024502 OR**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re  **Allan's Coffee & Tea, Inc.** _____   Case No. _____

                                    Debtor(s)              Chapter      **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................   $ _____   **Hourly**

    Prior to the filing of this statement I have received ......................   $ _____   **$35,350**

    Balance Due ....................................................................   $ _____   **Hourly**

2.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):   **Kathryn and Robert Morgan**

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December  3, 2024** _____          **/s/ Loren S. Scott** _____
_Date_                                                **Loren S. Scott 024502**
                                                      _Signature of Attorney_
                                                      **The Scott Law Group**
                                                      **PO Box 70422**
                                                      **Springfield, OR 97475**
                                                      **541-868-8005  Fax: 541-868-8004**
                                                      _Name of law firm_

**Fill in this information to identify the case:**

Debtor name **Allan's Coffee & Tea, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December  3, 2024**            X **/s/ Robert Morgan**
                                          Signature of individual signing on behalf of debtor

                                          **Robert Morgan**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Allan's Coffee & Tea, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **5th Street Public Market 296 E. 5th Ave. Suite 300 Eugene, OR 97401** | **Ken Ellingson** karen@obie.com 541-484-0383 | **Terminated Lease** | | | | **$27,117.65** |
| **Advanced Mechanical, Inc. PO Box 397 Brownsville, OR 97327** | **Christine Rogers** christine@advance dmechanicalinc.co m 541-466-3939 | **Trade Debt** | | | | **$29,737.44** |
| **Allan Stuart 2200 NW Frazier Creek Rd Corvallis, OR 97330** | **Allan Stuart** 541-619-8685 | **Business Purchase** | | | | **$210,268.06** |
| **C2C Resources LLC 1455 Lincoln Pkwy E Suite 550 Atlanta, GA 30346** | **Client Relations** clientrelations@c2 cresources.com 866-495-0050 | **Trade Debt** | | | | **$34,132.25** |
| **Capital One, N.A. PO Box 60519 City of Industry, CA 91716-0519** | **Customer Support** 800-227-4825 | **Credit Card** | | | | **$48,965.43** |
| **Channel Partners Capital, LLC 10900 Wayzata Blvd. Suite 300 Minnetonka, MN 55305** | **Rob Ceribelli, President** Chelsy.Schultz@ch annelpartnersllc.co m (763) 746-7760 | **Lien on all assets** | | **$40,217.33** | **$0.00** | **$40,217.33** |
| **Chase Cardmember Service PO Box 6294 Carol Stream, IL 60197-6294** | **Customer Support** 800-432-3117 | **Credit Card** | | | | **$38,657.75** |

| Debtor | **Allan's Coffee & Tea, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Costellini's, LLC 677 120th Ave. NE Bellevue, WA 98005** | **Gina Costello** **info@costellinis.com** **206-334-8534** | **Contract** | **Unliquidated Disputed** | | | **$75,000.00** |
| **Euler Hermes Collections North America 6900 Fox Avenue South Seattle, WA 98108** | **Joshua Redford** **joshua.redford.col @allianz-trade.com** **443-678-3521** | **Trade Debt** | | | | **$23,556.97** |
| **First Foundation Bank PO Box 2149 Gig Harbor, WA 98335-4149** | **Loan Support** **onlinebanking@ff-i nc.com** **949-202-4103** | **Filler, Capper, Labeler, and Conveyor System** | | **$251,782.00** | **$138,400.00** | **$113,382.00** |
| **Fox Capital Group Inc. 803 S 21st Ave Hollywood, FL 33020** | **Joe Rapoport, President** **sol@landklegal.com** **(800) 895-4424** | **Lien on accounts and future receivables. Loan has been paid in full. Amount claimed is 33% contingency attorney fees on default, which is not reflec** | **Unliquidated Disputed** | **$54,917.00** | **$0.00** | **$54,917.00** |
| **Houston's Inc PO Box 88014 Milkwaukee, WI 53288-8014** | **Catherine Gutierrez** **a_r@houstons-inc. com** **503-582-1121** | **Trade Debt** | | | | **$37,360.34** |
| **Insight Financial, LLC 6528 Central Ave Suite B St Petersburg, FL 33707** | **Bill Donovan** **b.donovan@theinsi ghtsolution.com** **727-306-3015** | **Trade Debt** | | | | **$74,557.00** |
| **Milestone Bank PO Box 1650 Troy, MI 48099-1650** | **Customer Service** **Fax: 800-736-0218 800-800-8098** | **Brewery Equipment from Norland International** | | **$105,506.62** | **$37,750.00** | **$67,756.62** |
| **Pawnee Leasing Corporation PO Box 735120 Chicago, IL 60673-5120** | **Chant Alexander** **chant@pawneeleas ing.com** **800-864-4266 x. 1323** | **Form Fill Machine and Related Equipment** | | **$54,653.82** | **$19,750.00** | **$34,903.82** |
| **Probat, Inc. 325 Marriott Drive Suite 100 Lincolnshire, IL 60069** | **Customer Service** **Fax: 847-793-8611 877-683-8113** | **Trade Debt** | | | | **$23,348.90** |

Debtor  **Allan's Coffee & Tea, Inc.**                        Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rapak 6907 Coffman Road Indianapolis, IN 46268 | Bill O'Rourke william.orourke@trimas.com 630-796-9365 | Trade Debt | | | | $59,990.30 |
| Square Loans 1455 Market Street Suite 600 MSC 715 San Francisco, CA 94103 | Customer Support 855-700-6000 | Loan | | | | $43,009.46 |
| Sucafina 109 North 12th Street Suite 602 Brooklyn, NY 11249 | Victoria Carvajal victoria.carvajal@sucafina.com 646-740-0815 | Trade Debt | | | | $130,649.87 |
| The Serengeti Trading Co. 19100 Hamilton Pool Road Dripping Springs, TX 78620 | Jeff Whitmire jeff@serengetitrading.com 512-358-9595 | Trade Debt | | | | $82,235.19 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Allan's Coffee & Tea, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                      12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    **1,246,785.16**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $    **1,246,785.16**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **1,395,372.71**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **20,201.58**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **1,351,734.07**

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b

| $ | **2,767,308.36** |
|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Allan's Coffee &amp; Tea, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF OREGON</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,334.89** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase.  Overdrawn by -$2,843.11 - listed on Sch. F.** | **Web Deposits** | 0187 | $0.00 |
| 3.2. | **JP Morgan Chase** | **Main Checking** | 0195 | $616.65 |
| 3.3. | **JP Morgan Chase.** | **Payroll** | 5871 | $176.76 |
| 3.4. | **JP Morgan Chase** | **Old ABC Checking** | 8955 | $39.14 |
| 3.5. | **JP Morgan Chase** | **Chase Savings** | 6764 | $14,419.05 |
| 3.6. | **Wells Fargo** | **Checking** | 9327 | $235.78 |

Debtor    **Allan's Coffee & Tea, Inc.** _____    Case number *(If known)* _____
          Name

3.7.    **Wells Fargo** _____    **Savings** _____    **9786** _____    **$25.00**

---

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                      | $16,847.27 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **94,111.53** - **0.00** = .... **$94,111.53**
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    **88,078.66** - **0.00** =.... **$88,078.66**
                         face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                      | $182,190.19 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.    **Raw materials** **Raw Ingredients** | **10/23/24** | **$0.00** | **Revenue based** | **$52,200.47** |
| 20.    **Work in progress** **Pending Orders** | | **$0.00** | | **$121,667.93** |

Debtor    **Allan's Coffee & Tea, Inc.**    Case number *(If known)* _____
_____
Name

| 21. | **Finished goods, including goods held for resale** | | | | |
|---|---|---|---|---|---|
| | Retail Inventory | 10/23/24 | $0.00 | Revenue based | $74,282.30 |

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $248,150.70 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached office equipment list.  Value based on debtor's opinion of estimate of resale value. | $34,149.09 | N/A | $1,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $1,500.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Debtor    **Allan's Coffee & Tea, Inc.**
        Name                                                                 Case number *(If known)*

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2001 Chevrolet 3500** | $0.00 | | $500.00 |
| 47.2.  **2014 Isuzu NPR** | $0.00 | | $4,500.00 |
| 47.3.  **2016 IPIPM Dump** | $0.00 | | $2,500.00 |
| 47.4.  **2005 Wabash 48' Dry Trailer** | $0.00 | | $3,500.00 |
| 47.5.  **2023 Trails West Adventure II** | $0.00 | | $4,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**See attached equipment list.  Value based on debtor's opinion of estimate of resale value.** | $174,154.11 | N/A | $57,447.00 |
|---|---|---|---|
| **Coffee Roaster** | $0.00 | | $250,000.00 |
| **Filler, Capper, Labeler, and Conveyor System** | $0.00 | | $138,400.00 |
| **Afinia DLF-220L Digital Finisher** | $0.00 | | $8,000.00 |
| **Brewery Equipment from Norland International** | $0.00 | | $37,750.00 |
| **Afinia L801 Color Printer and Rewinder** | $0.00 | | $1,200.00 |
| **Brewery Equipment from Norland International, Nether Industries, and ProBrew, LLC** | $0.00 | | $270,050.00 |

| Debtor | Allan's Coffee & Tea, Inc. | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Form Fill Machine and Related Equipment | $57,350.00 | N/A | $19,750.00 |
|---|---|---|---|

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $798,097.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites**<br>**abcroasters.com**<br>**alannswholesale.com**<br>**alenscoffee.com**<br>**allannbrothers.com**<br>**allannscoffee.com**<br>**allannswholesale.com**<br>**allansbeveragehouse.com**<br>**allanscafe.com**<br>**allanscoffee.com**<br>**allanscraftbeverages.com**<br>**allanswholesale.com**<br>**cloud-cap.com**<br>**cloudcapbeverages.com**<br>**oregons-original.com** | **$0.00** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

| Debtor | **Allan's Coffee & Tea, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Net Operating Loss - $295,929.00** | Tax year **2022** | **$0.00** |
| **Net Operating Loss - $393,166.00** | Tax year **2021** | **$0.00** |
| **Suspended Losses - total of $1,183,691.00.** | Tax year **2023** | **$0.00** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

| | **$0.00** |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Allan's Coffee & Tea, Inc.**
Name

Case number *(If known)*

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,847.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $182,190.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $248,150.70 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $798,097.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,246,785.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,246,785.16 |

Schedule AB - Line 41

|  | | Cost | | Resale Estimates |
|---|---|---|---|---|
| **OFFICE EQ, COMPUTERS, PHONES, SOFTWARE** | | | | |
| Couches | $ | 860.00 | $ | 100.00 |
| TV | $ | 1,080.00 | $ | 100.00 |
| Washer/Dryer | $ | 600.00 | $ | - |
| KEGCO | $ | 648.00 | $ | 100.00 |
| Grinder | $ | 668.00 | $ | 100.00 |
| TV | $ | 219.00 | $ | 100.00 |
| Tables/Chairs | $ | 935.00 | $ | 100.00 |
| Desk | $ | 1,000.00 | $ | 100.00 |
| Heat Cool Unit | $ | 3,873.00 | $ | - |
| Window Blinds | $ | 150.00 | $ | - |
| HP Laserjet | $ | 460.00 | $ | - |
| Laminator | $ | 651.00 | $ | - |
| Canon Labeler | $ | 2,458.00 | $ | 500.00 |
| Diago Laminator | $ | 664.00 | $ | 50.00 |
| Copier/Printer (Brother) | $ | 81.00 | $ | - |
| Furniture Misc | $ | 570.00 | $ | - |
| 1 comp/2 screens | $ | 529.00 | $ | - |
| Cash Register | $ | 155.00 | $ | - |
| 1 Lenova/2 Screens | $ | 155.00 | $ | - |
| 2 screens | $ | 57.00 | $ | - |
| HP Laptop | $ | 206.00 | $ | - |
| Laptop | $ | 1,856.96 | $ | 100.00 |
| Computer/2 screens | $ | 188.00 | $ | - |
| Computer/2 screens | $ | 188.00 | $ | - |
| 1 laptops RM | $ | 4,069.91 | $ | 100.00 |
| 1 laptop | $ | 102.00 | $ | - |
| Computer/2 screens | $ | 224.00 | $ | - |
| Halon Drawing Pad | $ | 149.00 | $ | - |
| Square Ipad | $ | 83.00 | $ | - |
| Computer/1 screen | $ | 131.00 | $ | - |
| register Ipad | $ | 225.48 | $ | - |
| Time Clock | $ | 160.00 | $ | - |
| Computer | $ | 200.00 | $ | - |
| (3) Net Server | $ | 2,259.00 | $ | - |
| Power Edge Server | $ | 366.00 | $ | - |
| Misc. software | $ | 6,438.96 | $ | - |
| Cash Reg (Ipad) | $ | 326.00 | $ | - |
| Safe | $ | 374.78 | $ | - |
| Lenova Computer | $ | 92.00 | $ | - |
| Tables/Chaires | $ | 537.00 | $ | 50.00 |
| Self Serve Counter | $ | 159.00 | $ | - |
| **Subtotal** | **$** | **34,149.09** | **$** | **1,500.00** |

Schedule AB - Line 50

**Other Equipment**

| | | |
|---|---:|---:|
| Hobart 80 Qt Mixer | $ 2,507.10 | $ 500.00 |
| Hobart 20 Qt Mixer | $ 633.30 | $ 400.00 |
| Picard Oven | $ 4,965.00 | $ 800.00 |
| Gas Convection Oven | $ 615.00 | $ 300.00 |
| 4 burner Grill | $ 480.00 | $ 200.00 |
| Freezer Upgrade | $ 8,024.50 | $ 800.00 |
| Groen Kettle | $ 799.60 | $ 200.00 |
| CIAT Grinder | $ 954.90 | $ 500.00 |
| CIAT Grinder | $ 961.20 | $ 500.00 |
| CIAT Grinder | $ 356.40 | $ 500.00 |
| Fitzpatrick CIAT Grinder | $ 2,064.00 | $ 500.00 |
| Twist Tie Machine | $ 565.50 | $ - |
| Tape Machine w heater | $ 164.10 | $ - |
| Toledo dial scale | $ 268.50 | $ 250.00 |
| Coffee Conveyor | $ 1,525.73 | $ 750.00 |
| A-I Weighfiller | $ 2,310.00 | $ 950.00 |
| Weigh Right Filler | $ 3,582.78 | $ 1,150.00 |
| Deck Scale | $ 412.20 | $ 150.00 |
| Lawn Mower | $ 761.39 | $ 500.00 |
| Forklift | $ 11,692.56 | $ 17,500.00 |
| Hyster Lift Truck | $ 1,138.50 | $ 300.00 |
| Foot Sealer | $ 240.00 | $ 100.00 |
| Dcompressor | $ 1,796.97 | $ 1,200.00 |
| Heat Sealer | $ 20.00 | $ 20.00 |
| Jet Stamp | $ 804.98 | $ - |
| Generator | $ 645.00 | $ 500.00 |
| Gate | $ 4,900.00 | $ 500.00 |
| Steel dockplate | $ 380.70 | $ 100.00 |
| Sample Roaster | $ 750.00 | $ 500.00 |
| Espresso White Eagle | $ 4,432.00 | $ 1,850.00 |
| Warehouse Racking | $ 5,551.46 | $ 3,200.00 |
| MahlkonigE65S Esp Grinder | $ 1,675.00 | $ 500.00 |
| Bag Filler Table Top | $ 6,579.00 | $ 1,250.00 |
| Soda Guns | $ 2,029.98 | $ 500.00 |
| Freezer Upgrade (Bakery ) | $ 6,467.50 | $ 500.00 |
| Repair Kettle | $ 6,263.27 | $ - |
| Grinder | $ 288.00 | $ 50.00 |
| Espresso 3 gr | $ 4,937.00 | $ 1,950.00 |
| Warehouse Racking | $ 2,401.84 | $ 1,000.00 |
| Sample Keg Machine | $ 5,171.53 | $ 950.00 |
| Air Compressor | $ 10,684.00 | $ 4,500.00 |
| Kettle Load Cell | $ 6,015.00 | $ 1,250.00 |
| Warehouse Racking | $ 5,626.89 | $ 1,100.00 |
| Water Heater | $ 5,926.84 | $ 500.00 |
| Refridgerator | $ 391.20 | $ 50.00 |
| Tent | $ 552.00 | $ 50.00 |
| S/S Sink | $ 292.59 | $ 50.00 |
| S/S Table | $ 285.86 | $ 50.00 |
| A-1 Scale | $ 700.43 | $ 50.00 |
| A-1 Scale | $ 150.00 | $ 50.00 |
| Tea Support Basket | $ 510.60 | $ 50.00 |
| Water Meter | $ 1,455.60 | $ 500.00 |
| Jug Mold | $ 4,872.00 | $ -      Proprietery Custom |
| Misc Furniture | $ 1,034.18 | $ 50.00 |
| A-1 Scale Top Loading | $ 285.81 | $ 50.00 |
| Incubator | $ 300.00 | $ 50.00 |
| Luminometer | $ 592.97 | $ 52.00 |
| Walkin w/compressor | $ 1,246.20 | $ 500.00 |

| | | | |
|---|---|---|---|
| Mixer | $ | 1,379.70 | $ | 500.00 |
| Sugar Hopper | $ | 713.10 | $ | 250.00 |
| White Eagle 2 gr Espresso | $ | 3,487.32 | $ | 1,250.00 |
| Bullet Oven | $ | 5,301.00 | $ | 50.00 |
| 4' Cold Deli | $ | 400.00 | $ | - |
| Sandwich Refer | $ | 1,770.00 | $ | 50.00 |
| Non-Refrid Bakery Case | $ | 191.00 | $ | 25.00 |
| Milk Fridge | $ | 1,000.00 | $ | 50.00 |
| Dcf Esp Grinder ME 65 | $ | 1,844.00 | $ | 250.00 |
| White Eagle 2 gr Espresso | $ | 1,530.00 | $ | 800.00 |
| MerryChef | $ | 1,184.00 | $ | 150.00 |
| EK43 Grinder | $ | 2,300.00 | $ | 900.00 |
| Blendtek Blender | $ | 397.22 | $ | 50.00 |
| Bev-Air Undercounter Fridge | $ | 1,559.00 | $ | 400.00 |
| Bev-Air Undercounter Freezer | $ | 1,949.00 | $ | 400.00 |
| Grinder | $ | 200.00 | $ | 50.00 |
| MahlkonigEK43 Grinder | $ | 2,300.00 | $ | 900.00 |
| Mahlkonig E80 Supreme Grinder | $ | 2,650.00 | $ | 900.00 |
| Magic Chef Oven | $ | 2,960.11 | $ | 150.00 |
| **Subtotal** | **$** | **174,154.11** | **$** | **57,447.00** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Allan's Coffee & Tea, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF OREGON</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Benton County**
Creditor's Name

**4077 SW Research Way**
**Corvallis, OR 97333**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**7/2/24**
Last 4 digits of account number
**1102**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All personal property**

Describe the lien
**Personal property tax warrant**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$449.45**    Column B: **$0.00**

**2.2  Channel Partners Capital, LLC**
Creditor's Name

**10900 Wayzata Blvd.**
**Suite 300**
**Minnetonka, MN 55305**
Creditor's mailing address

**Chelsy.Schultz@channelpa**
**rtnersllc.com**
Creditor's email address, if known

Date debt was incurred
**1/27/2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Lien on all assets**

Describe the lien
**Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$40,217.33**    Column B: **$0.00**

| Debtor | **Allan's Coffee & Tea, Inc.** | | Case number (if known) | |
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Citizens Bank** | **Describe debtor's property that is subject to a lien** | $111,707.89 | $270,050.00 |
| | Creditor's Name | **Brewery Equipment from Norland International, Nether Industries, and ProBrew, LLC** | | |
| | **PO Box 100706** | | | |
| | **Pasadena CA, CA** | | | |
| | **91189-0706** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/31/2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4000**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Foundation Bank** | **Describe debtor's property that is subject to a lien** | $251,782.00 | $138,400.00 |
| | Creditor's Name | **Filler, Capper, Labeler, and Conveyor System** | | |
| | **PO Box 2149** | | | |
| | **Gig Harbor, WA 98335-4149** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**

**onlinebanking@ff-inc.com**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/26/2023**

☐ No

**Last 4 digits of account number**
**9935**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Fox Capital Group Inc.** | **Describe debtor's property that is subject to a lien** | $54,917.00 | $0.00 |
| | Creditor's Name | **Lien on accounts and future receivables. Loan has been paid in full. Amount claimed is 33% contingency attorney fees on default, which is not reflective of actual fees incurred.** | | |
| | **803 S 21st Ave** | | | |
| | **Hollywood, FL 33020** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Security Interest**

---

Debtor  **Allan's Coffee & Tea, Inc.**                          Case number (if known) _____
        Name

**sol@landklegal.com**
_____
Creditor's email address, if known

**Date debt was incurred**
**8/18/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Marion County** | | |
|---|---|---|---|

Creditor's Name

**555 Court St. NE**
**Salem, OR 97301**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**7/5/2019**
**Last 4 digits of account number**
**0658**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**              $515.13          $0.00
**All personal property**

**Describe the lien**
**Personal propety tax warrant**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Milestone Bank** | | |
|---|---|---|---|

Creditor's Name

**PO Box 1650**
**Troy, MI 48099-1650**
_____
Creditor's mailing address

**Fax: 800-736-0218**
_____
Creditor's email address, if known

**Date debt was incurred**
**1/3/2022**
**Last 4 digits of account number**
**8001**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**           $105,506.62       $37,750.00
**Brewery Equipment from Norland International**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **Allan's Coffee & Tea, Inc.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| 2.8 | **Mitsubishi HC Capital America** | | |
|---|---|---|---|

Creditor's Name

**PO Box 1880**
**Minneapolis, MN**
**55480-1880**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/23/2022**

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**               $263,689.65        $250,000.00
**Coffee Roaster**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Navitas Credit Corp.** | | |
|---|---|---|---|

Creditor's Name

**203 Fort Wade Rd**
**Suite 300**
**Ponte Vedra Beach, FL**
**32081**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/9/2020**

**Last 4 digits of account number**
**3368**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**               $720.45        $1,200.00
**Afinia L801 Color Printer and Rewinder**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Navitas Credit Corp.** | | |
|---|---|---|---|

Creditor's Name

**203 Fort Wade Rd**
**Suite 300**
**Ponte Vedra Beach, FL**
**32081**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**               $11,213.37        $8,000.00
**Afinia DLF-220L Digital Finisher**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Debtor    **Allan's Coffee & Tea, Inc.**                                    Case number (if known) _____
Name

**Date debt was incurred**                    ☐ No

**3/11/2021**                                 ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0123**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent

☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative
priority.                                    ☐ Disputed

---

| 2.1 | | | | |
|-----|---|---|---|---|

**2.11**  **Pawnee Leasing Corporation**    **Describe debtor's property that is subject to a lien**    $54,653.82    $19,750.00

Creditor's Name                              **Form Fill Machine and Related Equipment**

**PO Box 735120**
**Chicago, IL 60673-5120**

Creditor's mailing address                   **Describe the lien**

                                             **Security Interest**

                                             **Is the creditor an insider or related party?**

**chant@pawneeleasing.com**                  ■ No

Creditor's email address, if known           ☐ Yes

                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No

**5/12/2022**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4389**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent

☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative
priority.                                    ☐ Disputed

---

**2.12**  **U.S. SBA - Disaster COVID-19 Economic In**    **Describe debtor's property that is subject to a lien**    $500,000.00    $0.00

Creditor's Name                              **All assets**

**14925 Kingsport Rd**
**Fort Worth, TX 76155**

Creditor's mailing address                   **Describe the lien**

                                             **Security Interest**

                                             **Is the creditor an insider or related party?**

                                             ■ No

Creditor's email address, if known           ☐ Yes

                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No

**11/16/2022**                                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7409**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent

☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative
priority.                                    ☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,395,372.7

Debtor **Allan's Coffee & Tea, Inc.**
_____  Case number (if known) _____
Name

| | 1 |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CIT Bank NA**<br>**10201 Centurion Pkwy N #100**<br>**Jacksonville, FL 32256** | Line _2.3_ | |
| **CT Corporation System**<br>**330 N. Brand Blvd. Suite 700 ATTN: Sprs**<br>**Glendale, CA 91203** | Line _2.4_ | |
| **CT Corporation System**<br>**330 N Brand Blvd Suite 700, ATTN: Sprs**<br>**Glendale, CA 91203** | Line _2.8_ | |
| **First Foundation Bank**<br>**18101 Von Karman Ave. Suite 750**<br>**Irvine, CA 92612** | Line _2.4_ | |
| **Gina Johnnie**<br>**Sherman Sherman Johnnie & Hoyt LLP**<br>**693 Chemeketa St. NE**<br>**Salem, OR 97301** | Line _2.4_ | |
| **Jacob Sellers**<br>**Greenstein Sellers PLLC**<br>**825 Nicollet, Suite 1648**<br>**Minneapolis, MN 55402** | Line _2.8_ | |
| **Lieberman & Klestzick**<br>**Attn: Sol S**<br>**1915 Hollywood Blvd, Suite 200B**<br>**Hollywood, FL 33020** | Line _2.5_ | |
| **Mitsubishi HC Capital America, Inc.**<br>**7201 Metro Blvd #800**<br>**Edina, MN 55439** | Line _2.8_ | |
| **Pawnee Leasing Corporation**<br>**3801 Automation Way, Suite 207**<br>**Fort Collins, CO 80525** | Line _2.11_ | |
| **Providence Capital**<br>**2951 Saturn St., Suite E**<br>**Brea, CA 92821** | Line _2.11_ | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Allan's Coffee & Tea, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF OREGON</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>Ogden, UT 84201-0038 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,922.52 | $16,922.52 |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Payroll taxes** | | |
| | Last 4 digits of account number **4496**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Oregon Department of Revenue**<br>**Attn: ODR Bkcy**<br>**955 Center NE**<br>**Salem, OR 97301-2555** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Allan's Coffee & Tea, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Oregon Employment Department**
**875 Union Street NE**
**Salem, OR 97311**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,279.06 | $0.00 |
|---|---|---|---|---|

**State of Washington Department**
**of Rev**
**PO Box 47473**
**Olympia, WA 98504**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/3/2024** | |

Last 4 digits of account number **6325**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,117.65 |
|---|---|---|---|

**5th Street Public Market**
**296 E. 5th Ave.**
**Suite 300**
**Eugene, OR 97401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  8/1/2024**

Basis for the claim:  **Terminated Lease**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,189.06 |
|---|---|---|---|

**A.G. Adjustments, LTD.**
**740 Walt Whitman Rd**
**Melville, NY 11747-9090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  12/7/2023**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  0366**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,737.44 |
|---|---|---|---|

**Advanced Mechanical, Inc.**
**PO Box 397**
**Brownsville, OR 97327**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  12/13/2023**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Allan's Coffee & Tea, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,836.25 |
|---|---|---|---|

**Aflac**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2023**

**Basis for the claim:  Insurance**

Last 4 digits of account number  **G657**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,158.93 |
|---|---|---|---|

**Airgas USA, LLC**
**PO Box 102289**
**Pasadena, CA 91189-2289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **7050**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210,268.06 |
|---|---|---|---|

**Allan Stuart**
**2200 NW Frazier Creek Rd**
**Corvallis, OR 97330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2020**

**Basis for the claim:  Business Purchase**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,457.00 |
|---|---|---|---|

**Asset Collections Inc.**
**6600 SW 92nd Ave**
**Suite 120**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **2049**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,268.25 |
|---|---|---|---|

**AutoChlor System**
**875 Shelley Street**
**Springfield, OR 97477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/11/2024**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **2023**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,593.35 |
|---|---|---|---|

**Best Heating & Cooling**
**PO Box 567**
**Scio, OR 97374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/2023**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,450.00 |
|---|---|---|---|

**Bluegrass Ingredients, Inc.**
**606 West Main Street**
**Springfield, KY 40069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/9/2022**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **L055**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Allan's Coffee & Tea, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address
**C2C Resources LLC**
**1455 Lincoln Pkwy E**
**Suite 550**
**Atlanta, GA 30346**

Date(s) debt was incurred __11/30/2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$34,132.25**

---

**3.12** | Nonpriority creditor's name and mailing address
**Capital One, N.A.**
**PO Box 60519**
**City of Industry, CA 91716-0519**

Date(s) debt was incurred __7/11/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

**$48,965.43**

---

**3.13** | Nonpriority creditor's name and mailing address
**Capital Recovery Corporation**
**130 E Main St**
**Suite 202**
**Office 103**
**Canton, GA 30114**

Date(s) debt was incurred __5/16/2023__

Last 4 digits of account number __9212__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,736.90**

---

**3.14** | Nonpriority creditor's name and mailing address
**Carol J. Vandell**
**40 High Oak Drive**
**Medford, OR 97504**

Date(s) debt was incurred __8/28/2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,650.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Cascade Collections Inc**
**PO Box 3166**
**Salem, OR 97302**

Date(s) debt was incurred __7/3/2023__

Last 4 digits of account number __0793__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$15,174.05**

---

**3.16** | Nonpriority creditor's name and mailing address
**Chase Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred __7/27/2024__

Last 4 digits of account number __9033__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

**$38,657.75**

---

**3.17** | Nonpriority creditor's name and mailing address
**Costellini's, LLC**
**677 120th Ave. NE**
**Bellevue, WA 98005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Settlement__

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

| Debtor | **Allan's Coffee & Tea, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$566.00** |
|---|---|---|---|

**Craftsman Label, Inc.**
**13101 SE 84th Ave, Suite B**
**Clackamas, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/24**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,805.14** |
|---|---|---|---|

**CRF Solutions**
**2051 Royal Ave**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2024**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number  **7081**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$370.74** |
|---|---|---|---|

**CRF Solutions**
**2051 Royal Ave**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2024**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number  **6935**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,973.90** |
|---|---|---|---|

**Edgar A. Weber and Company**
**549 Palwaukee Dr.**
**PO Box 546**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/23**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,556.97** |
|---|---|---|---|

**Euler Hermes Collections North America**
**6900 Fox Avenue South**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12/2023**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number  **5368**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,895.89** |
|---|---|---|---|

**FedEx**
**3965 Airways**
**Module G**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2024**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number  **9592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,838.06** |
|---|---|---|---|

**FedEx Freight**
**3120 Blossom Dr NE**
**Salem, OR 97305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15/2024**

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number  **3523**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Allan's Coffee & Tea, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.94 |
|---|---|---|---|

**Forklift Services of Oregon, Inc.**
700 S. Chicago St.
Seattle, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2024**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **0062**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,632.00 |
|---|---|---|---|

**Garage Door Pro's LLC**
4723 Portland Rd. NE
Salem, OR 97305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Door installation**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,658.29 |
|---|---|---|---|

**Home Depot Credit Services**
PO Box 9001030
Louisville, KY 40290-1030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/26/2024**

**Basis for the claim:**  **Credit Card**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,360.34 |
|---|---|---|---|

**Houston's Inc**
PO Box 88014
Milkwaukee, WI 53288-8014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/2024**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **8000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,557.00 |
|---|---|---|---|

**Insight Financial, LLC**
6528 Central Ave
Suite B
St Petersburg, FL 33707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2022**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **6997**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,920.00 |
|---|---|---|---|

**JB Landscape Service LLC**
2615 Ross Ln
Eugene, OR 97404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2024**

**Basis for the claim:**  **Landscaping**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,843.11 |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.**
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Overdrawn bank account**

Last 4 digits of account number  **0187**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Allan's Coffee & Tea, Inc.**  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |

**KernuttStokes**
**1600 Executive Pkwsy**
**Suite 110**
**Eugene, OR 97401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/10/2024_

**Basis for the claim:** _Accounting_

Last 4 digits of account number _8200_

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,205.00** |

**McGovern Maintenance**
**PO Box 1025**
**Lebanon, OR 97355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _8/1/2024_

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$520.49** |

**Northwest Compressor**
**PO Box 1417**
**Corvallis, OR 97339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/17/2024_

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,539.61** |

**Northwest Electric & Excavation**
**15127 Westside Rd.**
**Lakeview, OR 97630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _8/20/23_

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,300.00** |

**OK Kosher Certification Headquarters**
**391 Troy Ave.**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _1/31/23_

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,094.95** |

**Otis Elevator Company**
**PO Box 73579**
**Chicago, IL 60673-3579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/13/2024_

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,337.34** |

**Paypal Working Capital**
**PO Box 45950**
**Omaha, NE 68145-0950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _6/4/2024_

**Basis for the claim:** _Loan_

Last 4 digits of account
number _Allan's Coffee & Tea Inc_

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **Allan's Coffee & Tea, Inc.**                                         Case number (if known) _____
          Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,520.61 |
|---|---|---|---|

**PetroCard**
**PO Box 34243**
**Seattle, WA 98124-1243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.96 |
|---|---|---|---|

**Play Digital Signage Inc.**
**4245 N. Butler St.**
**Las Vegas, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/12/24**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,088.43 |
|---|---|---|---|

**Positive Electric, Inc.**
**1879 Fescue St SE**
**Albany, OR 97321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,348.90 |
|---|---|---|---|

**Probat, Inc.**
**325 Marriott Drive**
**Suite 100**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15/2024**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **ALLALB**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,990.30 |
|---|---|---|---|

**Rapak**
**6907 Coffman Road**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/2022**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **4183**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,900.00 |
|---|---|---|---|

**REF Leasing Co**
**245 E North Ave**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **4924**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,799.60 |
|---|---|---|---|

**Robert Morgan**
**6742 Scism Rd. NE**
**Silverton, OR 97381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2019**

Basis for the claim:  **Loans**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Allan's Coffee & Tea, Inc.**                                    Case number *(if known)* _____
          Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,376.48 |
|---|---|---|---|

**Rogers Machinery Company, Inc**
**PO Box 230429**
**Portland, OR 97281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/7/2024**

**Last 4 digits of account number  7326**

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,285.27 |
|---|---|---|---|

**Saalfeld Griggs**
**PO Box 470**
**Salem, OR 97308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  7/5/2024**

**Last 4 digits of account number  0436**

**Basis for the claim:  Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,372.90 |
|---|---|---|---|

**Shopify Capital - WebBank**
**215 S. State St**
**Suite 1000**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/20/2023**

**Last 4 digits of account**
**number  Allan's Coffee & Tea**

**Basis for the claim:  Unrecorded lien on all assets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,616.10 |
|---|---|---|---|

**Shopify Capital - WebBank**
**215 S. State St**
**Suite 1000**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/19/2024**

**Last 4 digits of account number  Allan's Wholesale**

**Basis for the claim:  Unrecorded lien on all assets**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**SingerLewak**
**PO Box 80602**
**City of Industry, CA 91716-8602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/11/24**

**Last 4 digits of account number  6801**

**Basis for the claim:  Accounting**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $636.73 |
|---|---|---|---|

**Smart Care Equipment Solutions**
**370 Wabasha Street N.**
**STE 1700**
**Chicago, IL 60674-8980**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/4/2024**

**Last 4 digits of account number  2508**

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,002.30 |
|---|---|---|---|

**Square Loans**
**1455 Market Street**
**Suite 600**
**MSC 715**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/3/2024**

**Last 4 digits of account number  Allan's Coffee &**
**Tea Back Offi**

**Basis for the claim:  Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Allan's Coffee & Tea, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43,009.46** |
|---|---|---|---|
| | **Square Loans** | ☐ Contingent | |
| | **1455 Market Street** | ☐ Unliquidated | |
| | **Suite 600** | ☐ Disputed | |
| | **MSC 715** | | |
| | **San Francisco, CA 94103** | | |
| | Date(s) debt was incurred  **4/11/2024** | **Basis for the claim:  Loan** | |
| | Last 4 digits of account number  **Allan's Wholesale** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130,649.87** |
|---|---|---|---|
| | **Sucafina** | ☐ Contingent | |
| | **109 North 12th Street** | ☐ Unliquidated | |
| | **Suite 602** | ☐ Disputed | |
| | **Brooklyn, NY 11249** | | |
| | Date(s) debt was incurred  **7/25/2024** | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,505.70** |
|---|---|---|---|
| | **Synter Resource Group, LLC** | ☐ Contingent | |
| | **5935 Rivers Ave., Suite 102** | ☐ Unliquidated | |
| | **Charleston, SC 29406** | ☐ Disputed | |
| | Date(s) debt was incurred  **10/3/24** | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82,235.19** |
|---|---|---|---|
| | **The Serengeti Trading Co.** | ☐ Contingent | |
| | **19100 Hamilton Pool Road** | ☐ Unliquidated | |
| | **Dripping Springs, TX 78620** | ☐ Disputed | |
| | Date(s) debt was incurred  **7/29/2024** | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,885.01** |
|---|---|---|---|
| | **VDF FutureCeuticals, Inc** | ☐ Contingent | |
| | **PO Box 7269** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-7269** | ☐ Disputed | |
| | Date(s) debt was incurred  **2/21/2023** | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,324.12** |
|---|---|---|---|
| | **West Coast Mechanical** | ☐ Contingent | |
| | **PO Box 3185** | ☐ Unliquidated | |
| | **Salem, OR 97302** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/5/2023** | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,553.70** |
|---|---|---|---|
| | **Westmark Labels & Marking** | ☐ Contingent | |
| | **6701 SW McEwan Rd** | ☐ Unliquidated | |
| | **Portland, OR 97035** | ☐ Disputed | |
| | Date(s) debt was incurred  **12/2/2022** | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number  **4972** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Allan's Coffee & Tea, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,654.30 |
|---|---|---|---|
| | **Willamette Valley Fruit Co.**<br>**2994 82nd Avenue NE**<br>**Salem, OR 97305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/31/2023 | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number  4068 | Is the claim subject to offset? ■ No  ☐ Yes | |

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Coleman & Noland Law**<br>**1045 13th St. SE**<br>**Salem, OR 97302** | Line  3.15<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Davis Galm**<br>**12220 SW First St.**<br>**Beaverton, OR 97005** | Line  3.26<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Michael J. Kavanaugh**<br>**7412 SW Beaverton Hillsdale Hwy Suite 20**<br>**Portland, OR 97225** | Line  3.28<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Mohammed Workicho**<br>**Lane Powell PC**<br>**601 SW 2nd Ave., Suite 2100**<br>**Portland, OR 97204** | Line  3.17<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 20,201.58 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 1,351,734.07 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,371,935.65 |

**Fill in this information to identify the case:**

Debtor name    **Allan's Coffee & Tea, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest: **Lease of 2022 Chevrolet Suburban** | |
| State the term remaining: **27 months** | **Ally Financial Inc** |
| List the contract number of any government contract | **PO Box 380901 Bloomington, MN 55438** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest: **Lease of 2022 Honda CRV** | |
| State the term remaining: **33 months** | **Ally Financial Inc** |
| List the contract number of any government contract | **PO Box 380901 Bloomington, MN 55438** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest: **Lease of 2023 Chevrolet 6500 Box Truck** | |
| State the term remaining: **52 months** | **Ally Financial Inc** |
| List the contract number of any government contract | **PO Box 380901 Bloomington, MN 55438** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest: **Lease of 1852 Fescue St., Albanay, OR 97322** | |
| State the term remaining: **48 months** | **Kerley Commercial** |
| List the contract number of any government contract | **131 Pine St. NE Salem, OR 97301** |

Debtor 1   **Allan's Coffee & Tea, Inc.**                                      Case number *(if known)* _____
           First Name      Middle Name      Last Name

<span style="background-color:#3d0a3d;">    </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **E-Commerce Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Shopify**<br>**215 S. State St**<br>**Suite 1000**<br>**Salt Lake City, UT 84111** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Allan's Coffee & Tea, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Robert Morgan** | **1852 Fescue St. SE Albany, OR 97322** | **Channel Partners Capital, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Robert Morgan** | **1852 Fescue St. SE Albany, OR 97322** | **Fox Capital Group Inc.** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Robert Morgan** | **1852 Fescue St. SE Albany, OR 97322** | **First Foundation Bank** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Robert Morgan** | **1852 Fescue St. SE Albany, OR 97322** | **Navitas Credit Corp.** | ■ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Robert Morgan** | **1852 Fescue St. SE Albany, OR 97322** | **Navitas Credit Corp.** | ■ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Allan's Coffee & Tea, Inc.**                    Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name **Allan's Coffee & Tea, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,252,004.15** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,417,974.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,233,962.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor  **Allan's Coffee & Tea, Inc.**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Amazon** | | **$9,004.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **UFG Insurance** | | **$9,538.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **Kernutt Stokes** | | **$9,654.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.  **UPS** | | **$11,231.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Shopify Capital** | | **$11,240.01** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **Pacific Power** | | **$12,641.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Square Payroll Taxes** | | **$14,601.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll taxes on current payroll** |
| 3.8.  **Veritiv** | | **$17,260.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Allan's Coffee & Tea, Inc. | Case number *(if known)* |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | Ally Financial | | $18,523.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vehicle lease payments** |
| 3.10. | IRS Payroll Taxes | | $34,717.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll taxes on current payroll** |
| 3.11. | Fox Business | | $44,660.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | US Foods | | $67,732.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | The Serengeti Trading Co. | | $72,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | Commercial Properties | | $76,970.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.15. | Square Loan | | $13,288.11 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Allan's Coffee & Tea, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Fox Capital Group Inc.**<br>**803 S 21st Ave**<br>**Hollywood, FL 33020** | **Cash in bank.  Amount not yet determined.** | **Various** | **Unknown** |

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Cascade Collections Inc**<br>**PO Box 3166**<br>**Salem, OR 97302** | **Garnishment**<br>Last 4 digits of account number:  __5871__ | **10/15/2024** | **$1,963.21** |

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Houston's Inc. v. Debtor**<br>**24CV25285** | **Action on Account** | **Clackamas County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Costellini's, LLC v. Debtor**<br>**24CV00368** | **Breach of Contract** | **USDC for Western District of WA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Mitsubishi HC Capital America v. Debtor**<br>**62CV24865** | **Breach of Contract** | **District Court Ramsey County Minnesota** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Allan's Coffee & Tea, Inc.**           Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Cascade Collections Inc v. Debtor**<br>**24CV34872** | **Open Account;**<br>**Quantum Meruit** | **Linn County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Scott Law Group**<br>**PO Box 70422**<br>**Springfield, OR 97475** | **See outline of deposits and invoices in Dec. of Loren Scott filed in support of application to employ.** | **Feb. 2024 - Dec. 2024** | **$35,350.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Kathryn and Robert Morgan** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor   **Allan's Coffee & Tea, Inc.**                                    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Brian Zielinski<br>477 Brandon Rd.<br>Conroe, TX 77302 | 2020 Chevrolet Equinox. | 1/19/2024 | $9,311.83 |
| | Relationship to debtor<br>Former employee | | | |
| 13.2. | Linda Craven | Toyota Rav4 | 1/11/2024 | $44,676.00 |
| | Relationship to debtor<br>Robert Morgan's mother-in-law | | | |
| 13.3. | Power Auto<br>500 SW Sublimity Blvd<br>Sublimity, OR 97385 | Chevrolet Silverado | 1/10/24 | $27,000.00 |
| | Relationship to debtor<br>None | | | |
| 13.4. | Blackstone Ventures<br>3333 NW Front Ave.<br>Portland, OR 97210 | G&D 7 Glycol Chiller and 60 BBL Brite Tank w/ valves & fittings | 719/2024 | $17,000.00 |
| | Relationship to debtor<br>None | | | |
| 13.5. | ABE Brewing Equipment<br>2001 SW 6th St.<br>Lincoln, NE 68522 | TruPatriot Bottle Filler.  Machine did not work correctly.  Was returned to manufacturer in satisfaction of equipment lease. | 1/30/2024 | $53,872.00 |
| | Relationship to debtor<br>None | | | |

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor    Allan's Coffee & Tea, Inc.                                    Case number *(if known)*

---

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

---

Debtor    **Allan's Coffee & Tea, Inc.**                                          Case number *(if known)*

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

<span style="background:black;color:white">**Part 12:**</span>  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

<span style="background:black;color:white">**Part 13:**</span>  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor    Allan's Coffee & Tea, Inc.                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Jamie Iverson**<br>**1852 Fescue St SE**<br>**Albany, OR 97322** | **Company bookkeeper** |
| 26a.2.    **SingerLewak**<br>**1255 Lee St. SE, Suite 210**<br>**Salem, OR 97302** | **Company CPA** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Robert Morgan** | **10/23/24** | **See lists attached to Sch A/B** |

| Name and address of the person who has possession of inventory records |
|---|
| **Allan's Coffee & Tea, Inc.**<br>**1852 Fescue St SE**<br>**Albany, OR 97322** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Morgan** | **6742 Scism Rd. NE**<br>**Silverton, OR 97381** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

Debtor    **Allan's Coffee & Tea, Inc.**                                    Case number *(if known)*

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value Payroll. Total is the amount of all payroll checks issued. Many checks were never cashed due to lack of funds. |
|---|---|---|---|---|
| 30.1. | Robert Morgan 6742 Scism Rd. NE Silverton, OR 97381 | $34,777.20 | 11/1/23 - 11/5/24 | |
| | **Relationship to debtor** President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  3, 2024**

**/s/ Robert Morgan**                          **Robert Morgan**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Oregon

In re    **Allan's Coffee & Tea, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December  3, 2024** _____    Signature    **/s/ Robert Morgan** _____

**Robert Morgan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Oregon

In re __Allan's Coffee & Tea, Inc._____  Case No. _____
                                    Debtor(s)      Chapter  __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __December  3, 2024_____    __/s/ Robert Morgan_____
                                        **Robert Morgan**/**President**
                                        Signer/Title

# United States Bankruptcy Court
### District of Oregon

In re    **Allan's Coffee & Tea, Inc.**             Case No. _____

                                         Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Allan's Coffee & Tea, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  3, 2024**
_____
Date

/s/ Loren S. Scott
_____
**Loren S. Scott 024502**
Signature of Attorney or Litigant
Counsel for    **Allan's Coffee & Tea, Inc.**
_____
**The Scott Law Group**
**PO Box 70422**
**Springfield, OR 97475**
**541-868-8005 Fax:541-868-8004**